## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:16CR254** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **WYATT LOPEZ,** | ) | **ORDER** |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on defendant's unopposed Motion to Continue Trial [25] as counsel needs addition time to complete the investigation and prepare for trial. The defendant shall comply with NECrimR 12.1(a).  For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [25] is granted as follows:

1.  The jury trial now set for November 29, 2016 is continued to **January 24, 2017.**

2.  The defendant shall file the affidavit required by paragraph 9 of the progression order and NE.CrimR 12.1(a) forthwith.

3.   In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and January 24, 2017**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED November 10, 2016.**

**BY THE COURT:**

**s/ F.A. Gossett, III**
**United States Magistrate Judge**