### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>               Plaintiffs,<br><br>    vs.<br><br>**MICHAEL BLACKFISH, AND WYATT LOPEZ,**<br><br>               Defendants. | **8:16CR347**<br><br>**REASSIGNMENT ORDER** |
| **UNITED STATES OF AMERICA,**<br><br>               Plaintiff,<br><br>    vs.<br><br>**WYATT LOPEZ,**<br><br>               Defendant. | **8:16CR254** |

This matter is before the Court on the Notice of Related Case, ECF No. 22, filed by the United States of America in *USA v. Michael Blackfish and Wyatt Lopez*, Case No. 8:16CR347. The Government states that this case is related to *USA v. Wyatt Lopez*, Case No. 8:16CR254, which is assigned to the undersigned. The Court concludes these cases are related as defined under NEGenR 1.4(a)(4)(C)(iii). Accordingly, Case No. 8:16CR347 is reassigned to the undersigned and to Magistrate Judge Susan M. Bazis for judicial supervision and processing of all pretrial matters.

Dated this 3rd day of January, 2017.

                                                    BY THE COURT:

                                                    s/Laurie Smith Camp<br>
                                                    Chief United States District Judge